# Court of Appeals
# of the State of Georgia

ATLANTA, March 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1334. JUSTIN TAYLOR v. THE STATE.**

Upon consideration of the Appellant's MOTION TO REMAND to the trial court so that the trial court may consider his timely motion to withdraw his guilty plea, it is ordered that the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk'sOffice,Atlanta, 03/16/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*